# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162050(65)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

STEPHEN KANTOS,

      Plaintiff-Appellant,

v

      SC: 162050
      COA: 346680
      Wayne CC: 14-003201-CK

LEONARD MAJOR, BARBARA MAJOR,
AQUA SHORES MARINA, AQUA SHORES
MANAGEMENT, INC., and SILVER SHORES,
INC.,

      Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on October 29, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2020



Clerk